■ Dolores J. Drew et al., Respondents, v Frances I. Hooper, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Same memorandum as in *Drew v Hooper* ([appeal No. 2] 168 AD2d 903 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Curran, J.—dismiss complaint.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.